UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.   3:18-cr-176-J-20PDB
Ct. 1:   20 U.S.C. § 1097(a)

GLORIA WILEY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about June 24, 2015, continuing through the present, in the Middle District of Florida, and elsewhere,

GLORIA WILEY,

the defendant herein, did knowingly and willfully fail to refund $12,265 provided and insured by the U.S. Department of Education, an agency of the United States, under Title 20, Chapter 28, Subchapter IV, that is Federal Pell Grant program and Federal Family Education Loan program funds, by taking and retaining U.S. Department of Education funds provided to Stenotype Institute of Jacksonville, Inc. on behalf of a student with the initials D. E., which funds Stenotype Institute of Jacksonville, Inc. was not entitled to retain.

All in violation of Title 20, United States Code, Section 1097(a).

        MARIA CHAPA LOPEZ
        United States Attorney

By: *[signature]*
    LAURA COFER TAYLOR
    Assistant United States Attorney

By: *[signature]*
    KELLY S. KARASE
    Assistant United States Attorney
    Deputy Chief, Jacksonville Division